JOAN FOLEY et al., Appellants, v STASYS LIOGYS et al., Respondents, et al., Third-Party Defendant

Viewed in its most favorable light, the plaintiffs' proof failed to establish that the defective condition in the sidewalk upon which the plaintiff Joan Foley fell was created by the defendants' negligent repair work as opposed to the normal elements and passage of time *(see, e.g., Mandel v City of New York,* 44 NY2d 1004; *Kaszovitz v Weiszman,* 110 AD2d 117, 121). Therefore, the complaint was properly dismissed. Mollen, P. J., Mangano, Niehoff and Weinstein, JJ., concur.